# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SIDNEY J. HYMES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOD W. KING, individually and dba KING MOVING AND STORAGE, dba KING'S NORTH AMERICAN, KING'S MOVING AND STORAGE, INC.; ALLIED VAN LINES, INC.; COVAN WORLD WIDE MOVING, INCORPORATED; NORTH AMERICAN VAN LINES,INC.; DAN DAUBE, individually and dba DAN THE FURNITURE REPAIR MAN AND dba MICHAELS RESTORATIONS; DOES 1-25, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:17-cv-00463-DOC-DFM<br><br>**ORDER APPROVING STIPULATION AND JOINT MOTION APPOINTING DISCOVERY REFEREE AND TRANSFERRING DISCOVERY MATTERS [118]**<br><br>District Judge:　　David O. Carter<br>Courtroom:　　　9D<br>Magistrate Judge:Douglas F. McCormick<br>Courtroom:　　　6B<br>Complaint Filed: January 27, 2017<br>Trial Date:　　　November 27, 2018 |
|---|---|

///
///
///
///
///
///
///

Having considered the Stipulation and Joint Motion Appointing Michael G. Balmages, Esq. as Discovery Referee and Transferring Discovery Matters to the Discovery Referee, and being advised that Mr. Balmages has agreed to serve as Discovery Referee in this matter, the Stipulation is approved and it is hereby

ORDERED that Michael Balmages, Esq. shall be appointed and serve as a discovery referee in this matter, with his fees to be shared equally by Plaintiff and Defendants.  Mr. Balmages shall have the power and authority to decide all discovery disputes to the greatest extent allowed by FRCP Rule 53.

> Michael Balmages
> Balmages Law Office
> 360 E. 1st Street, Suite 895
> Tustin, CA 92780-3211
> 714-838-7000
> mbalmages@balmageslaw.com

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine to Exclude Defendants' Documents and Witnesses heard, in part, on April 30, 2018 (Dkt. #99), Plaintiff's Motion To Compel Responses to Interrogatories and Production of Documents (Dkt. #100), and Defendants' Motion for a Protective Order (Dkt #101) shall be transferred to the Discovery Referee, Michael Balmages, Esq., for resolution.

IT IS FURTHER ORDERED that any additional discovery disputes shall be presented to Mr. Balmages for resolution who shall decide all aspects thereof.

IT IS SO ORDERED:


DATED: __May 7, 2018

*David O. Carter*
DAVID O. CARTER
U.S. District Judge